UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FAEGANN HARLOW, ) | |
| ) | 2:11-CV-01775-PMP-VCF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MTC FINANCIAL, INC., ) | |
| ) | |
| Defendant. ) | |

On January 25, 2012, Plaintiff Harlow filed a Motion to File Second Amended Complaint (Doc. #26) which this Court granted (Doc. #28) on February 16, 2012. However, upon further review, it appears that Plaintiff Harlow failed to attach a copy of her proposed Second Amended Complaint to her Motion to File (Doc. #26). Accordingly,

**IT IS ORDERED** that this Court's prior Order (Doc. #28) Granting Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. #26) is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Second Amended Complaint (Doc. #26) is **DENIED** without prejudice to Plaintiff to re-file said Motion for Leave to File Second Amended Complaint provided that Plaintiff also file with her motion a copy of her proposed Second Amended Complaint..

DATED: March 2, 2012.

PHILIP M. PRO
United States District Judge