UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FAEGANN HARLOW, | 2:11-CV-01775-PMP-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| MTC FINANCIAL, INC. et al., | |
| Defendant. | |

  On March 15, 2012, Defendant United Title of Nevada filed a Motion for Summary Judgment (Doc. #37).  On March 16, 2012, the Court entered an Order (Doc. #39) advising Plaintiff of her obligation to respond to Defendant's Motion for Summary Judgment not later than April 8, 2012.
On March 19, 2012, Plaintiff filed a Motion for Leave to File Second Amended Complaint (Doc. #40).  On March 30, 2012, Plaintiff filed a Request for Submission of her Motion to File Second Amended Complaint (Doc. #41).

  Before the Court can adjudicate either of the foregoing Motions, the Court must have a timely response from the opposing party.

  **IT IS THEREFORE ORDERED** that Plaintiff Harlow shall file her response to Defendant's Motion for Summary Judgment (Doc. #37) on or before **April 20, 2012**.  Defendant United Title shall thereafter file a reply memorandum not later than **April 27, 2012**.

1 **IT IS FURTHER ORDERED** that Defendant shall file a response to Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #40) not later than **April 20, 2012**. Plaintiff Harlow shall file a reply memorandum not later than **April 28, 2012**.

Thereafter, the foregoing Motions will stand submitted to the Court.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge