UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FAEGANN HARLOW, fka SAMANTHA HOBBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | 2:11-cv-01775-PMP-VCF <br><br> **O R D E R** <br> [Mtn to Extend Time to File Cert. #56] |

Before the court is *pro se* plaintiff Faegann Harlow's Motion to Extend Time to File Certification (#56).

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff Faegann Harlow's Motion to Extend Time to File Certification (#56) is GRANTED.

IT IS FURTHER ORDERED the deadline to file the Certification is extended to August 31, 2012.

All other conditions as stated in the Court's Order (#55) remains the same.

DATED this 3rd day of August, 2012.

                                            **CAM FERENBACH**
                                            **UNITED STATES MAGISTRATE JUDGE**