UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FAEGANN HARLOW fka SAMANTHA HOBBS,<br><br>        Plaintiff,<br><br> v.<br><br>LSI TITLE AGENCY, INC., et al.,<br><br>        Defendants. | 2:11-cv-01775-PMP-VCF<br><br>ORDER |

In light of this Court's Order (Doc. #79) dismissing with prejudice all claims against Defendant LSI Title Agency, Inc., IT IS ORDERED that the Clerk of Court shall enter Judgment in favor of Defendant LSI Title Agency, Inc. and against Plaintiff Faegann Harlow.

DATED: February 4, 2013

_____
PHILIP M. PRO
United States District Judge